# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA NINA FLOYD, | 1:10-cv-00254 SMS (HC) |
|     Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | |
| ARLENE HICKSON, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:** March 4, 2010           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE